UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CARTER, SR., <br><br> Plaintiff, <br><br> -against- <br><br> JOHN DOE #1 ET AL., <br><br> Defendants. | 24cv2403 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the June 17, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 17, 2024
 New York, New York

 /s/ Laura Taylor Swain
 LAURA TAYLOR SWAIN
 Chief United States District Judge